**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-20250

TOUR 18 LTD, doing business as Tour 18;
TOUR 18 INC; ARNOLD, WHITE & DURKEE, P.C.,

Plaintiffs-Appellants-Cross-Appellees,

VERSUS

ZURICH INSURANCE CO.,

Defendant-Appellee-Cross-Appellant.

Appeal from the United States District Court
For the Southern District of Texas
(H-97-CV-803)

July 17, 2000

Before DAVIS, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

After reviewing pertinent portions of the record and considering the briefs and argument of counsel, we conclude that the district court committed no reversible error. The judgment of the district court is therefore affirmed.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.